UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES SEAN HALL,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>MIKE MARTEL, Warden,<br><br>　　　　　Respondent. | ) No. CV 11-3805-JVS (PLA)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and Grounds One, Two, Three, and Five are dismissed with prejudice, and Ground Four is dismissed without prejudice.

DATED:  January 9, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE